**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 2:08-cr-00295-RCJ-PAL |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| ABEL GARCIA-BAUTISTA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

    Before the Court for consideration is the Report of Findings and Recommendation of Magistrate Judge Peggy A. Leen, entered April 9, 2009 (#20). No objections have been filed.

    The Court has conducted a review of the record in this case and determines that the Report of Findings and Recommendation of the United States Magistrate Judge entered April 9, 2009, should be affirmed.

    IT IS THEREFORE ORDERED that Magistrate Judge Leen's Report of Findings and Recommendation (#20) be affirmed and adopted, and that Defendant's Motion to Dismiss Based on a Prior Unlawful Deportation (#16) be **DENIED.**

    DATED:    June 8, 2009

_____
UNITED STATES DISTRICT COURT